ANDREW T. BAXTER
Acting United States Attorney
Northern District of New York

Michelle L. Christ
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, Ext. 239
Fax: (212) 264-6372
Michelle.L.Christ@ssa.gov

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

------------------------------------------------ x

WENDY McGREGOR,                                   :

         Plaintiff,                             :          Hon. Thomas J. McAvoy, D.J.
                                                        :          Hon. Gustave J. DiBianco, M.J.

                                :          Civil Action No. 08-1226: 7: 08-CV-1226
          v.                                    :          CONSENT ORDER TO REMAND   (TJM/GJD)
                                :          PURSUANT TO SENTENCE 4 OF
COMMISSIONER OF                                   :          42 U.S.C. § 405(g)
SOCIAL SECURITY,                                  :

             Defendant.                           :

------------------------------------------------ x

This matter having been opened to the Court by Andrew T. Baxter, United States Attorney for the Northern District of New York, and Michelle L. Christ, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

        IT IS on this 20th day of May , 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
Gustave J. DiBianco, M.J.
United States District Court

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
Acting United States Attorney

By:   s/ Michelle L. Christ_____
Michelle L. Christ
Special Assistant U.S. Attorney

Conboy, McKay Law Firm

s/ Lawrence D. Hasseler_____
By:   Lawrence D. Hasseler
Attorney for Plaintiff