# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**WENDY McGREGOR**

    vs.                           **CASE NUMBER: 7:08-cv-1226**
                                                                  **(TJM/GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is hereby REVERSED, and this matter is REMANDED to the Defendant pursuant to 42 U.S.C. § 405(g) for further administrative action. It is further Ordered that this action is dismissed.

All of the above pursuant to the Order of the Honorable Judge Gustave J. DiBianco, dated the 20th day of May, 2009.

DATED: May 21, 2009

*Lawrence K. Baerman*
Clerk of Court

                                               s/
                                         Melissa Ennis
                                         Deputy Clerk